IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America      )
      )
vs.      )    Criminal Number 04-42E
      )
DURRELL GRAHAM      )

The above named defendant satisfied the judgment of APRIL 11, 2005 by paying on SEPTEMBER 13, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  10/23/06
Deputy Clerk                                Date